1  ANDRÉ BIROTTE JR.
   United States Attorney                            **JS-6**
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER
4  Assistant United States Attorney
   California Bar Number:   107014
5      United States Courthouse, Room 8000
       411 West 4th Street
6      Santa Ana, CA 92701
       Telephone: (714) 338-3532
7      Facsimile: (714) 338-3523
       E-mail: marcus.kerner@usdoj.gov
8
   Attorneys for Federal Defendant
9  March ARB Commissary

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                       EASTERN DIVISION

13
   AL HAADEE,                    )  No. ED CV 11-1748 VAP (Spx)
14                               )
             Plaintiff,           )
15                               )
         v.                       )       ORDER GRANTING
16                               )  STIPULATION TO DISMISS FEDERAL
   MARCH ARB COMMISSARY, an       )  DEFENDANT MARCH ARB COMMISSARY
17 unknown business entity,       )   AND REMAND ACTION TO STATE
   CHUN SON CARPENTER, an         )         SUPERIOR COURT
18 individual and DOES 1          )
   THROUGH 50 inclusive,          )
19                               )
             Defendants.          )
20                               )
                                  )

21     GOOD CAUSE HAVING BEEN SHOWN, the federal defendant, March

22 ARB Commissary, is dismissed with prejudice, each side to bear

23 their own costs and attorneys fees.  The remainder of the action,

24 absent March ARB Commissary, is hereby remanded to the State

25 Superior Court for the County of Riverside

26     The remanded action shall be captioned <u>AL HAADEE v. CHUN SON

27 CARPENTER, an individual and DOES 1 THROUGH 50, inclusive</u>, RIC

28 1116678.

Pursuant to the stipulation of the parties, the plaintiff will not assert in the remanded state court action the causes of action alleged in the removed complaint in this action against the March ARB Commissary, and will not name any federal defendants, federal employees, federal agencies or departments, as DOE defendants in the remanded state court action.

Dated this 16th day of _November, 2011.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ MMK
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Federal Defendant
March ARB Commissary

3